UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN T. CLAYTON,

    Plaintiff,

v.

FOWLERVILLE SCHOOL DISTRICT and
WAYNE ROEDEL,

    Defendants.

_____/

Case No. 1:22-cv-690

Hon. Paul L. Maloney

**ORDER TO TRANSFER VENUE**

*Pro se* plaintiff resides in Fowlerville, Michigan. He filed a complaint against defendants Fowlerville School District and its Superintendent Wayne Roedel. Plaintiff appears to seek relief under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

The general venue provisions in 28 U.S.C. § 1391(b) provide in pertinent part that a civil action may be brought in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located" or "(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated". Defendant Fowlerville School District is located in Livingston County, Michigan. Defendant Roedel is a public official of the district serving in Livingston County. For purposes of venue in a lawsuit challenging official acts, defendant Roedel "resides" in Livingston County. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Livingston County is within the

geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District. Accordingly,

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **This Court has not decided plaintiff's motion to proceed *in forma pauperis*.**

Dated: September 29, 2022                               /s/ Ray Kent
                                                                              RAY KENT
                                                                              United States Magistrate Judge